312

## 44700. CARTER v. EAST LAKE NO. 2, INC.

QUILLIAN, Judge. Where as in the case sub judice the enumerations of error are unsupported by any citation of authority or argument in the appellant's brief they are deemed to be abandoned and cannot be considered by this court. Rule 17 (c) (2). *Dunaway v. Empire Mortgage &c. Co.*, 118 Ga. App. 224, 225 (163 SE2d 237).

*Judgment affirmed. Pannell and Evans, JJ., concur.*

SUBMITTED SEPTEMBER 11, 1969—DECIDED SEPTEMBER 17, 1969.

Thomas H. Carter, *pro se.*
Smith, Cohen, Ringel, Kohler, Martin & Lowe, John W. Chambers, Ralph H. Witt, G. Lemuel Hewes, for appellee.